UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GLEN SINGLETON                                          CIVIL ACTION
                                                        NO. 06-4743

VERSUS

ST. CHARLES PARISH , ET. AL.                            SECTION M

**ORDER**

Before the Court is a motion for summary judgment filed by Defendant Wal-Mart Stores, Inc. and Curtis Howard.  The Motion is opposed by plaintiff, and came for hearing on January 9, 2008, on the briefs.  After consideration of the motion, the opposition, the briefs by all parties and the applicable law, the Court grants the motion.

**Facts:**

This is a civil rights action, wherein plaintiff alleges violation of his constitutional rights, seeking monetary damages.

On September 12, 2005, Glen Singleton attempted to enter the Wal-Mart Store in Boutte, Louisiana.  At this time, just after Hurricane Katrina, this Wal-Mart location was allegedly the only store open in the New Orleans metro area.  Consequently, Wal-Mart set up procedures to allow a set limit of customers in the store at a time, and customers were required to wait in a long line.  When Singleton approached the entrance of the store,

defendant Curtis Howard, working a s a Loss Prevention Associate, denied him immediate entrance into the store and told him to wait in line.  Singleton alleges that his wife and granddaughter were already inside the store. He also alleges that he noticed three white males being allowed in the store, but presents no evidence whether or not they had been waiting in line.   Howard stated that when he was denied entrance to the store, Singleton began cursing and threatening him, and Howard then ordered plaintiff to leave the location and not return.  At that time, two St. Charles Parish deputies, Miguez and Roth, were on duty at the store. Howard told  Deputy Miguez about the incident, and Miguez called Roth Roth to assist him.  The Deputies escorted Singleton out of the store.  Singleton alleges that they pushed him toward the parking lot making racist statements.

In the evening of September 20, 2005, Singleton returned to the Boutte store, and Howard advised the deputy on duty, Christopher Olivier, that Singleton was banned from the store.  Deputy Olivier allegedly asked Singleton to leave the premises, they had a verbal exchange, and Deputy Olivier arrested him.

Singleton filed suit August 25, 2006, alleging among other things that defendants violated his rights under 42 U.S.C. §§1981, 1983, and 1985.  Defendants Wal-Mart and its employee, Curtis Howard, bring this Motion for Summary Judgment submitting that Singleton cannot make the necessary showing to trigger §§1981, 1983, and 1985 liability against Wal-Mart and asks this Court to dismiss these claims.

**Analysis:**

It is clear from the facts as presented above that Singleton was not prevented from

making a purchase at the Wal-Mart, rather he was told that he would have to stand in line before entering the store.  Under the post-Katrina circumstances presented here, denying Singleton immediate access to the store did not violate his rights under 42U.S.C.§1981.

To claim protection under the Fourteenth Amendment, Singleton must demonstrate "state action" or a "close nexus" between the State and the challenged behavior that private behavior may be fairly treated as that of the State itself.  See Morris v. Dillard Department Stores, Inc. 277 F.3d 743, 748 (5th Cir. 2001).

It is undisputed that Deputies Miguez and Roth, who had no legal contract with Wal-Mart, contacted Singleton and made an independent investigation on September 12, 2005.  On September 20, 2005, Deputy Olivier, who had no legal contract with Wal-Mart, encountered Singleton in the parking lot and made an arrest.  Singleton cannot demonstrate the requisite nexus to trigger §1983 liability.

Singleton brings no evidence of any conspiracy by these private or official actors to deprive him of a protected federal right.  See 42 U.S.C.§1985.

As such, this Court must dismiss Singleton's claims based upon 42 U.S.C. §§1981, 1983, and 1985, against Wal-Mart and Howard, each party to bear its own costs.

New Orleans, Louisiana, this 18th day of January, 2007.

Peter Beer
United States District Court